IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES R. PREIMESBERGER, | Case No. 1:19-cv-01441-AWI-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME BY SIXTY (60) DAYS TO RESPOND TO THE COMPLAINT AND CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |
| | (ECF No. 5) |

This action was filed on October 14, 2019 against the United States of America seeking a refund of overpaid taxes. (ECF No. 1.) On December 13, 2019, the United States filed an unopposed motion to extend time to respond to the complaint. (ECF No. 5.) The Court has considered the United States' motion and finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States' unopposed motion to extend time to respond to the complaint is GRANTED;

1

2. The United States SHALL FILE a response to complaint on or before February 18, 2020;

3. The mandatory scheduling conference set for January 10, 2020, is CONTINUED to March 31, 2020, at 3:30 p.m. in Courtroom 9; and

4. The parties SHALL FILE a joint scheduling report seven (7) days prior to the continued scheduling conference.

IT IS SO ORDERED.

Dated: __**December 13, 2019**__  
_____  
UNITED STATES MAGISTRATE JUDGE