UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES PREIMESBERGER,**<br><br>**Plaintiff**<br><br>v.<br><br>**UNITED STATES,**<br><br>**Defendant** | **CASE NO. 1:19-CV-1441 AWI SAB**<br><br>**ORDER VACATING JUNE 8, 2020 HEARING AND ORDER ON MOTION TO FILE A SUR-REPLY**<br><br>(Doc. No. 13) |

Currently pending before the Court is Plaintiff's motion to file a sur-reply to Defendant's motion to dismiss. See Doc. No. 13. Attached to the motion to file a sur-reply is the proposed sur-reply. Hearing on this motion is currently set for June 8, 2020. To date, the United States has not responded to Preimesberger's motion. The Court views the lack of a response as tantamount to a non-opposition. In the absence of an opposition, the Court will vacate the June 8 hearing, grant the motion to file a sur-reply, and permit the United States to respond.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 8, 2020 hearing is VACATED;
2. Plaintiff's motion to file a sur-reply (Doc. No. 13) is GRANTED and Plaintiff's proposed sur-reply (Doc. No. 13-2) is deemed FILED; and
3. No later than June 17, 2020, the United States may file a response to the sur-reply.

IT IS SO ORDERED.

Dated:  June 4, 2020                                    _____
                                                                          SENIOR DISTRICT JUDGE