IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER, | Case No. 1:19-cv-01441-AWI-SAB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION *NUNC PRO TUNC* TO EXTEND TIME BY TWENTY-ONE (21) DAYS TO RESPOND TO THE COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

The Court having reviewed and considered the United States' Unopposed Motion to Extend Time by Twenty-one (21) Days to Respond to the Complaint, and good cause appearing therefore, the United States shall have until September 9, 2020 to respond to the complaint.

IT IS SO ORDERED.

Dated:   August 23, 2020            _____

SENIOR  DISTRICT  JUDGE

1