# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES,<br><br>  Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>ORDER VACATING SEPTEMBER 28, 2020 HEARING AND GRANTING THE UNITED STATES' MOTION *NUNC PRO TUNC* FOR AN EXTENSION OF TIME TO FILE ANSWER<br><br>(ECF No. 18)<br><br>DEADLINE: SEPTEMBER 9, 2020 |

On August 5, 2020, District Judge Anthony W. Ishii filed an order granting in part the United States' ("Defendant") motion to dismiss, and ordered Defendant to file an answer within fourteen days. (ECF No. 17.) On August 21, 2020, Defendant filed an unopposed motion *nunc pro tunc* for an extension of time to file an answer. (ECF No. 18.) Defendant seeks the extension of time *nunc pro tunc* due to misreading the order and not realizing until after time had passed that the answer was due. Additionally, Defendant needs additional time to obtain information to determine whether to file a counterclaim with the answer. Defendant states that Plaintiff does not oppose the request. The motion is set for hearing before District Judge Ishii, but should have been set before the magistrate judge.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing set for September 28, 2020 shall be vacated and

the parties need not appear at that time.

In this instance, Plaintiff does not oppose the extension of time, and the mandatory scheduling conference is set for October 26, 2020. The Court finds no prejudice to Plaintiff if the motion is granted. The Court finds good cause exists to grant the motion *nunc pro tunc*.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 28, 2020 hearing is VACATED;
2. Defendant's unopposed motion *nunc pro tunc* for an extension of time to file an answer is GRANTED; and
3. Defendant SHALL FILE a responsive pleading on or before **September 9, 2020**.

IT IS SO ORDERED.

Dated: **August 24, 2020**

UNITED STATES MAGISTRATE JUDGE