FREDRICK C. CROMBIE (State Bar No. 244051)
WENDY BLEIMAN (State Bar No. 117763)
DAVID C. BEACH (State Bar No. 226972)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-fcc@cpdb.com

Attorneys for Plaintiff
JAMES R. PREIMESBERGER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 1:19-CV-01441-AWI-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON USA'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:   October 19, 2020<br>Time:   1:30 p.m.<br>Crtrm.: 2, 8th Floor<br>Judge:  Hon. Anthony W. Ishii |

17526.001 4831-1723-2844.1

Case No. 1:19-CV-01441-AWI-SAB

STIPULATION TO CONTINUE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Preimesberger ("Plaintiff) and Defendant The United States ("Defendant") hereby stipulate to and request a continuance of the Motion for Judgment on the Pleadings hearing currently set for October 19, 2020 until November 2, 2020.

**RECITALS**

1. On September 14, 2020, Defendant filed its Motion for Judgment on the Pleadings ("MJOP") under Federal Rule of Civil Procedure 12(c), noticing the motion for hearing on October 19, 2020.

2. Counsel for Plaintiff and Defendant met and conferred, and the parties agreed to stipulate to continue the hearing date for the MJOP to November 2, 2020, and to adjust all filing deadlines associated with the MJOP hearing accordingly.

3. Therefore, Plaintiff and Defendant stipulate to the following:

**STIPULATION**

Plaintiffs and Defendants hereby stipulate that, upon the Court's approval:

1. The Motion for Judgment on the Pleadings hearing, currently set for October 19, 2020, shall be continued to November 2, 2020;

2. Plaintiff shall have until October 19, 2020 to file any opposition to the Motion for Judgment on the Pleadings;

3. Defendant shall have until October 26, 2020 to file any reply brief in support of its Motion for Judgment on the Pleadings.

SO STIPULATED:

DATED: October 1, 2020                COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ David C. Beach*
      David C. Beach
      Attorneys for Plaintiff
      JAMES R. PREIMESBERGER

DATED: October 1, 2020                    U.S. DEPARTMENT OF JUSTICE

By:    */s/ Charles M. Duffy*
      Charles M. Duffy
      Attorneys for Defendant
      UNITED STATES OF AMERICA

## **DISCUSSION**

After review, the Court will give effect to the stipulation and move the hearing date on the motion for judgment on the pleadings. However, after reviewing the Court's docket, the Court will set the hearing for November 9, 2020, instead of November 2, 2020. The briefing schedule will remain the same as outlined in the above stipulation.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings, currently set for October 19, 2020, is CONTINUED to November 9, 2020, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   October 1, 2020                        _____
                                                          SENIOR DISTRICT JUDGE