# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING |

On May 26, 2021, an order issued denying Defendant's motion for judgment on the pleadings. Rule 12 of the Federal Rules of Civil Procedure provides that a responsive pleading shall be filed within fourteen days after the denial of a motion brought pursuant to the rule. Fed. R. Civ. P. 12(a)(4)(A).

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within fourteen (14) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __May 26, 2021__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1