# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>ORDER VACATING ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 35) |

On May 26, 2021, an order issued requiring Defendant to file a responsive pleading within fourteen days of the date of entry of this order. (ECF No. 35.) However, upon further review of the docket, an answer was filed on September 9, 2020. (ECF No. 1.)

Accordingly, the May 26, 2021 order requiring Defendant to file a responsive pleading (ECF No. 35) is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**May 27, 2021**__

                                           UNITED STATES MAGISTRATE JUDGE