# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>ORDER FOLLOWING SCHEDULING CONFERENCE<br><br>(ECF No. 45) |

Plaintiff filed this action on October 14, 2019, seeking a refund of claimed overpaid taxes. (ECF No. 1.) On August 5, 2020, the District Judge granted in part and denied in part Defendant's motion to dismiss. (ECF No. 17.) On May 26, 2021, the District Judge denied Defendant's motion for judgment on the pleadings. (ECF No. 34.) On July 30, 2021, a scheduling conference was held in this action. (ECF No. 45.) Pursuant to the matters discussed at the conference, the Court shall set a date for the filing of any amended pleadings, set a date for the exchange of initial discovery, and set a status conference to occur following the exchange of initial discovery to address the need for further scheduling.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline to file amended pleadings, including any crossclaim or counterclaim, is **December 17, 2021**;
2. Initial discovery shall be exchanged by **January 28, 2022**;
3. A status conference is set for **March 1, 2022, at 10:00 a.m.** in Courtroom 9; and
4. The parties shall file a joint status report **seven (7) days** prior to the status conference.

IT IS SO ORDERED.

Dated: **July 30, 2021**

UNITED STATES MAGISTRATE JUDGE

2