# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER RESETTING SCHEDULING STATUS CONFERENCE FOR MARCH 2, 2022, AT 11:00 A.M.<br><br>(ECF Nos. 46, 60, 61) |

On July 30, 2021, a scheduling conference was held in this action. (ECF No. 45.) Pursuant to the matters discussed at the conference, the Court set a date for the filing of any amended pleadings, a date for the exchange of initial discovery, and set a status conference for March 1, 2022, to address the need for further scheduling. (ECF No. 46.) The Court ordered the parties to file a status report seven (7) days prior to the status conference. (Id.) The parties did not file a status report before the deadline, and on February 23, 2022, the Court issued an order requiring the parties to show cause why sanctions should not be imposed for the failure to file a status report. (ECF No. 60.)

On February 23, 2022, the parties filed a status report that included a response to the order to show cause. (ECF No. 61.) The parties proffer that they apologize for the tardiness of the report; that the parties' recent discussions revealed that there was more to meet and confer

about than either party anticipated; that with the recent federal holiday the parties were unable to complete this report in time; that the parties therefore respectfully request that the Court grant them leave to file the status report late; and that in the future the parties will commence their work on joint reports further in advance of the due date. (Id. at 2.) While the completion of the necessary report may have been more difficult than anticipated, the parties knew about the upcoming status conference since July 30, 2021, and there is no reason why the parties could not have filed a notice prior to the expiration of the deadline to inform the Court that the report would not be filed on time. Nonetheless, the Court the shall discharge the order to show cause without the imposition of sanctions.

Additionally, to accommodate the Court's recently modified criminal calendar, the Court shall continue the scheduling status conference until the following day, March 2, 2022, at 11:00 a.m.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The February 23, 2022 order to show cause (ECF No. 60) is DISCHARGED; and
2. The scheduling status conference currently set for March 1, 2022, is RESET for March 2, 2022, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **February 24, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may contact the Courtroom Deputy if counsel is unavailable at this time.