# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>ORDER FOLLOWING STATUS CONFERENCE SETTING BRIEFING SCHEDULE AND SETTING STATUS CONFERENCE FOR MAY 18, 2022<br><br>(ECF Nos. 61, 63, 65) |

　　　Plaintiff filed this action on October 14, 2019, seeking a refund of claimed overpaid taxes. (ECF No. 1.) On August 5, 2020, the District Judge granted in part and denied in part Defendant's motion to dismiss. (ECF No. 17.) On May 26, 2021, the District Judge denied Defendant's motion for judgment on the pleadings. (ECF No. 34.) On July 30, 2021, a scheduling conference was held in this action. (ECF No. 45.) On July 30, 2021, pursuant to the matters discussed at the conference, the Court set a date for the filing of any amended pleadings and exchange of initial discovery, and set a status conference to occur following the exchange of initial discovery to address the need for further scheduling. (ECF No. 46.) The conference was continued until March 2, 2022. (ECF No. 63.)

　　　On February 23, 2022, the parties filed a status report indicating a dispute over whether discovery should proceed in this action on a normal basis, or if discovery should be stayed or limited to only that discovery necessary for resolving a proffered forthcoming motion for

summary judgment by Defendant. (ECF No. 61.) On February 28, 2022, Defendant filed the motion for summary judgment before the District Judge assigned to this action. (ECF No. 65.) On March 2, 2022, the Court held a status conference on the record to discuss scheduling of further discovery. Pursuant to the matters discussed at the status conference, the Court shall set a deadline in approximately thirty (30) days for Plaintiff to file a brief informing the Court of the facts and legal authorities in support of their position in favor of proceeding into full discovery despite the motion for summary judgment. Defendant shall have approximately thirty (30) days thereafter to file a response to Plaintiff's brief. The Court shall set a further status conference to be held after the filing of the parties' respective briefs. Plaintiff shall be relieved from any obligation to file an opposition to Defendant's motion for summary judgment until after the Court adjudicates the issue of whether discovery should proceed as normal, or if discovery should be stayed or limited during the pendency of Defendant's motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a brief providing the Court with legal and factual authority in support of their desire to proceed into normal discovery and scheduling, and in relation to the motion for summary judgment, on or before **April 6, 2022**;
2. Defendant shall file a responsive brief on or before **May 6, 2022**;
3. A status conference is set for **May 18, 2022, at 10:00 a.m.** in Courtroom 9; and
4. Plaintiff shall not be required to file any opposition to Defendant's motion for summary judgment (ECF No. 65), until after the Court issues a decision on the parties' current dispute whether to proceed into a full discovery schedule.

IT IS SO ORDERED.

Dated:  **March 2, 2022**

UNITED STATES MAGISTRATE JUDGE