UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PREIMESBERGER,<br><br>          **Plaintiff**<br><br>    v.<br><br>UNITED STATES,<br><br>          **Defendant** | CASE NO. 1:19-CV-1441 AWI SAB<br><br>ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 65) |

      This is a tax refund case filed by Plaintiff James Preimesberger ("Preimesberger") against the United States.  Currently pending before the Court is Defendant's motion for summary judgment.  See Doc. No. 65.  This motion was filed on February 28, 2022.  See id.  Due to a discovery related dispute, the summary judgment motion was suspended/held in abeyance.  On May 18, 2022, the Magistrate Judge issued an order that resolved the discovery dispute.  See Doc. No. 76.  The Magistrate Judge's order set a new non-expert discovery date of February 25, 2023, and also set a new dispositive motion deadline of March 27, 2023.  See id.  In part, the new order stated:  "Defendant's motion for summary judgment (Doc. No. 65) shall be deemed filed as of the dispositive motion deadline.  Any supplemental briefing by the parties must therefore be filed prior to that deadline."  Id.

      In light of the new discovery related order, the Court finds that it is appropriate to address the pending motion for summary judgment.  For administrative purposes, the Court will deny Defendant's summary judgment motion as it is not appropriate to have the current summary judgment motion pending for over one year on the docket.  To address the merits of the summary judgment and to give effect to the new discovery order, the Court will order the summary judgment motion automatically revived as of February 27, 2023.  Any supplemental briefing in support of the newly revived summary judgment motion will be due on March 17, 2023.  The

supplemental briefing shall be in support of the grounds raised by the February 2022 motion and shall not raise any new grounds for summary judgment. Any opposition to the newly revived summary judgment motion will be due on April 4, 2023. Any reply to the newly revived summary judgment will be due April 13, 2023. If, after reviewing the briefing, the Court determines that a hearing is necessary, the Court will set a hearing at that time. Otherwise, the motion will be resolved on the briefing submitted. Finally, the parties may file any additional dispositive motions on March 27, 2023. However, if Defendant chooses to file a new summary judgment motion, the new summary judgment shall not be based on the grounds raised in the February 2022 motion.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment (Doc. No. 65) is ADMINISTRATIVELY DENIED;[1]
2. On February 27, 2023, Defendant's motion for summary judgment (Doc. No. 65) will automatically be revived and considered pending without further order from the Court;
3. Any supplemental briefing in support of the newly revived summary judgment motion shall be filed on or by March 17, 2023;
4. Any opposition to the newly revived summary judgment motion shall be due on April 4, 2023; and
5. Any reply in support of the newly revived summary judgment motion shall be due on April 13, 2023.

IT IS SO ORDERED.

Dated:  August 3, 2022                              _____
                                                    SENIOR DISTRICT JUDGE

---

[1] The Court clarifies that an administrative denial in no way reflects on the merits or issues raised in the motion.