DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6406
charles.m.duffy@usdoj.gov
*Counsel for the United States of America*

PHILLIP A. TALBERT
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 1:19-cv-01441-AWI-SAB<br><br>**STIPULATION REQUESTING THE EXTENSION OF THE NON-EXPERT DISCOVERY DEADLINE AND OTHER DEADLINES FOR FOUR MONTHS (FIRST REQUEST)** |

In an Order filed on May 18, 2022, the Court set the non-discovery deadline for February 25, 2023.  *See* ECF #76.  In its Order filed on August 3, 2022, the Court also administratively denied the Government's summary judgment motion that was filed on February 28, 2022 without prejudice and ordered that it be automatically revived as of February 27, 2023.  *See* ECF #77.  Further, the Court set other deadlines regarding the revived summary judgment motion and ruled that the parties could file additional dispositive motions on or before March 27, 2023.  *Id.*

017526.0001 4877-5554-5402.1

The parties are attempting to resolve certain discovery issues (as between themselves, and as between the plaintiff and third-parties Capital Funding Group Inc. and Providence Group Inc.) without the Court's intervention,  Additionally, lead counsel for Mr. Preimesberger is presently scheduled to commence a complex, multi-week trial on January 23, 2023, the preparations for and trial of which will keep counsel near-fully occupied through the months of December 2022, January 2023 and February 2023.[1]   The parties therefore jointly request that the deadlines set by the Court be extended as follows:

1. Non-expert discovery deadline:  June 30, 2023;
2. Summary judgment motion (ECF #65) ("the revived motion") will be automatically revived on:  July 10, 2023;
3. Deadline to file a supplemental brief by the United States on the revived motion:  July 31, 2023;
4. Deadline to file additional dispositive motions:  August 10, 2023;
5. Deadline to file an opposition brief to the revived motion:  August 21, 2023; and
6. Deadline to file a reply brief regarding the revived motion:  August 31, 2023.

DATED:  October  25th  , 2022.

                                      DAVID A. HUBBERT
                                      Deputy Assistant Attorney General

                                       /s/ *Charles M. Duffy*
                                      **CHARLES M. DUFFY**
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Washington, D.C.  20044

---

[1] That trial was originally supposed to commence on September 17, 2022, but was subsequently continued to January 23, 2023.

Telephone: (202) 307-6406
*Counsel for the United States of America*

COBLENTZ PATCH DUFFY & BASS

 */s/ Fredrick C. Crombie*
**FREDRICK C. CROMBIE**
**EMILYN R. MANDEL**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
(*Counsel for the Plaintiff*)

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: October 31, 2022

SENIOR DISTRICT JUDGE

017526.0001 4877-5554-5402.1