# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 1:19-cv-01441-ADA-SAB<br><br>ORDER GRANTING: STIPULATED MOTION TO STAY ACTION<br><br>ORDER REQUIRING STATUS REPORT IF ACTION NOT DISMISSED<br><br>(ECF No. 87)<br><br>**DEADLINE: JANUARY 5, 2024** |

Plaintiff filed this action on October 14, 2019, seeking a refund of overpaid taxes. (ECF No. 1.) Currently before the Court is the parties' joint motion for a stay of this action so that the appropriate officials in the United States Department of Justice can consider and act on a settlement offer made by Plaintiff. (ECF No. 87.)

The parties proffer they have recently negotiated a resolution of the case that Plaintiff will accept and that the trial attorney representing the United States will recommend to the appropriate duly authorized official(s) at the Department of Justice. The terms of that negotiated resolution are documented in a formal "offer acknowledgement letter" executed by Plaintiff and the Department of Justice. The letter constitutes Plaintiff's offer to settle, and the United States' acknowledgement (but not acceptance of) that offer.

The parties further proffer that this case presents many complicated issues that are derived from the Plaintiff's first amended complaint and the United States' first amended counterclaim. The parties also note that three dispositive motions have been filed so far and the third one (a motion for summary judgment filed by the United States) is currently being held in abeyance. (ECF Nos. 7, 22, 65, 70.) The parties state that because of the complicated nature of the issues presented, counsel expect that it will take the Department of Justice approximately three (3) to four (4) months to formally accept or reject the offer, and without a stay, the parties would need to complete document discovery and deposition procedures by October 30, 2023, and draft and submit briefings on the United States' renewed summary judgment motion, as the United States' motion is automatically renewed on November 10, 2023. The Court finds good cause to grant the request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to stay (ECF No. 87) is GRANTED;
2. This action is STAYED until January 5, 2024, and all matters shall be held in abeyance; and
3. If the matter is not dismissed, the parties shall file a joint status report on or before January 5, 2024.

IT IS SO ORDERED.

Dated: **September 26, 2023**

UNITED STATES MAGISTRATE JUDGE