UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:19-cv-01441-NODJ-SAB<br><br>ORDER DISMISSING FIRST AMENDED COMPLAINT<br><br>(ECF No. 89) |
| UNITED STATES OF AMERICA<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>JAMES R. PREIMESBERGER,<br><br>Counterclaim Defendant. | |

Having reviewed the Parties' Stipulation to Dismiss First Amended Complaint that was executed by counsel for the plaintiff and the defendant, and good cause appearing therefore, the First Amended Complaint (ECF No. 47) is hereby dismissed with prejudice, with each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED:  December 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE