# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. PREIMESBERGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.  1:19-cv-01441-NODJ-SAB<br><br>JUDGMENT AGAINST COUNTERCLAIM DEFENDANT JAMES R. PREIMESBERGER<br><br>(ECF No. 90) |
| UNITED STATES OF AMERICA<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>JAMES R. PREIMESBERGER,<br><br>Counterclaim Defendant. | |

The Parties' filed a Stipulation for Entry of Judgment on the United States' First Amended Counterclaim Filed Against James R. Preimesberger (ECF No. 48) that was executed by counsel for the counterclaim plaintiff and the counterclaim defendant.  As provided by the Stipulation, JUDGMENT is hereby entered on the First Amended Counterclaim (ECF No. 48) as follows:

1

James R. Preimesberger is liable for the tax assessments made against him pursuant to 26 U.S.C. § 6672 that are at issue in the United States' Counterclaim filed on December 17, 2021 (ECF #48) in the amount of $1,800,000.00, plus interest according to 28 U.S.C. §1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2) accruing from May 1, 2023, less any payments made or credits applied after that date, until fully paid.

   IT IS SO ORDERED.

DATED: December 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE